UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Knights of Columbus,                                               Civil No. 20-421 (PJS/LIB)

    Plaintiff,

 vs.                                                          ORDER ADOPTING
                                                          REPORT AND RECOMMENDATION
Pamela Brisk, et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-entitled

matter, **IT IS ORDERED**:

1. The present action is **DISMISSED without prejudice** based on the Court's lack of subject

  matter jurisdiction in the absence of an actual case or controversy.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/19/20                          _____
At Minneapolis, Minnesota                Patrick J. Schiltz, Judge
                                         United States District Court